**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JEAN DOVIN, INDIVIDUALLY AND AS SUCCESSOR TO THE INTERESTS OF PAUL DOVIN BY OPERATION OF LAW, | : No. 408 MAL 2023<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court |
| Petitioner | : |
| v. | : |
| KENNETH L. & KAY W. SWEITZER, CAERNARVON TOWNSHIP, AND HOPEWELL CHRISTIAN FELLOWSHIP OF ELVERSON, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.